# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154717

KERRY JENDRUSINA,
            Plaintiff-Appellee,

v

SC: 154717
COA: 325133
Macomb CC: 2013-003802-NH

SHYAM MISHRA, M.D. and SHYAM
N. MISHRA, M.D., P.C.,
            Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the August 4, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the plaintiff's complaint was timely filed under MCL 600.5838a(2). *Solowy v Oakwood Hosp Corp*, 454 Mich 214 (1997). The parties should not submit mere restatements of their application papers.

The Michigan State Medical Society, Michigan Defense Trial Counsel, Inc., Michigan Association for Justice, and Negligence Law Section of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2017



d0503

Clerk